◼ In the Matter of SEAN P. COMMERFORD et al., Appellants, v CITY OF ALBANY et al., Respondents. [608 NYS2d 894] — Appeal from a judgment of the Supreme Court (Conway, J.), entered January 23, 1993 in Albany County, which dismissed petitioners' application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent City of Albany Municipal Civil Service Commission revoking petitioner's certification as a qualified eligible on a civil service list.

Judgment affirmed, upon the opinion of Justice Edward S. Conway.

Mikoll, J. P., Mercure, Crew III and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.